## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KENNETH IVY                                                                                    PLAINTIFF

v.                                        No. 3:09CV00051JLH/HLJ

GREG BEAVERS, et al.                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Daved Chadwick, John Smith, and Jerry Sparks are DISMISSED from plaintiff's complaint, for failure to state a claim.

IT IS SO ORDERED this 18th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE